SCANNED
DATE: 1-12-04
BY: Kim

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JAN -8  A 11: 11

U.S. DISTRICT COURT
DISTRICT OF MASS.

DAVID SHAEV                      )
                                 )
            Plaintiff,           )
                                 )
    v.                           )     CIVIL ACTION
                                 )     NO. 03-12520-MEL
                                 )
MASSACHUSETTS FINANCIAL          )
SERVICES CO.                     )
                                 )
            Defendant.           )

**STIPULATION TO EXTEND TIME FOR DEFENDANT
TO RESPOND TO COMPLAINT**

Plaintiff, David Shaev, and Defendant, Massachusetts Financial Services Co. ("MFS"), hereby stipulate that the time for MFS to answer or otherwise respond to the Complaint in the above-captioned action be extended through Thursday, February 5, 2004.

| | |
|---|---|
| **DAVID SHAEV**<br>By his attorney, | **MASSACHUSETTS FINANCIAL SERVICES CO.**<br>By its attorneys, |
| _/s/ Norman Berman /CMD_<br>Norman Berman, BBO # 040460<br>Berman DeValerio Pease Tabacco<br>Burt & Pucillo<br>One Liberty Square<br>Boston, MA  02109<br>(617) 542-8300 | _/s/ John R. Snyder /CMD_<br>John R. Snyder, BBO # 471480<br>Bingham McCutchen LLP<br>150 Federal Street<br>Boston, MA  02110<br>(617) 951-8000 |

Dated: January 7, 2004

LITDOCS:531230.1