UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID SHAEV,<br><br>          Plaintiff,<br><br>       v.<br><br>MASSACHUSETTS FINANCIAL<br>SERVICES CO.<br><br>          Defendant. | CIVIL ACTION<br>NO. 03-12520-MEL |

## STIPULATION TO EXTEND TIME FOR DEFENDANT
## TO RESPOND TO COMPLAINT

Plaintiff, David Shaev, and Defendant, Massachusetts Financial Services Co. ("MFS"), hereby stipulate that the time for the Defendant to answer or otherwise respond to the Complaint in the above-captioned action be postponed until the date which is 30 days after the filing of a consolidated amended Complaint. The parties further stipulate that the present stipulation is not to be construed as a waiver of any kind, and that each party reserves all of its rights, including without limitation the right to object to the filing of a consolidated amended Complaint for any reason.

LITDOCS:534887.1

| | |
|---|---|
| **DAVID SHAEV**<br>By his attorney, | **MASSACHUSETTS FINANCIAL**<br>**SERVICES CO.**<br>By its attorney, |
| /s/ Norman Berman<br>Norman Berman, BBO # 040460<br>Berman DeValerio Pease Tabacco<br>Burt & Pucillo<br>One Liberty Square<br>Boston, MA 02109<br>(617) 542-8300 | /s/ Christina N. Davilas<br>Christina N. Davilas, BBO # 655477<br>Bingham McCutchen LLP<br>150 Federal Street<br>Boston, MA 02110<br>(617) 951-8000 |

Dated: February 4, 2004