UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID SHAEV )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>MASSACHUSETTS FINANCIAL )<br>SERVICES CO. )<br>)<br>Defendant. )<br>) | CIVIL ACTION<br>NO. 03-12520-MEL |

**ORDER**

This Court hereby ORDERS that the time for Defendant, Massachusetts Financial Services Co., to answer or otherwise respond to the Complaint in the above-captioned action be extended until the date which is 30 days after the filing of a consolidated amended Complaint.

SO ORDERED.

_____

Dated: __2/5__, 2004.

LITDOCS:534887.1