UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID SHAEV,<br><br>                Plaintiff,<br>  v.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY,<br><br>                Defendant | No. 03-12520-NG |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeffrey B. Rudman, William H. Paine, and Jonathan A. Shapiro, Hale and Dorr LLP, on behalf of defendant Massachusetts Financial Services Company.

                                          Respectfully Submitted,

                                          MASSACHUSETTS FINANCIAL
                                          SERVICES COMPANY,

                                          By their attorneys,

                                          /s/ Jonathan A. Shapiro
                                          Jeffrey B. Rudman (BBO #433380)
                                          William H. Paine (BBO #550506)
                                          Jonathan A. Shapiro (BBO #567838)
                                          Hale and Dorr LLP
                                          60 State Street
                                          Boston, MA  02109
                                          (617) 526-6000

April 6, 2004

BOSTON 1883714v1

-2-

## CERTIFICATE OF SERVICE

I, Jonathan A. Shapiro, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Norman Berman<br>Berman DeValerio Pease Tabacco Burt & Pucillo<br>One Liberty Square<br>Boston, MA 02109 | Stanley M. Grossman<br>H. Adam Prussin<br>Ronen Sarraf<br>Pomerantz Haudek Block Grossman & Gross LLP<br>100 Park Avenue, 26th Floor<br>New York, NY 10017 |

Thomas M. Sobol
Hagens Berman
One International Place
Boston, MA 02110-2624

/s/ Jonathan A. Shapiro_____
Jonathan A. Shapiro

Dated: April 6, 2004