UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID SHAEV, )
 )
 )
Plaintiff, )
 )                                            CIVIL ACTION
v. )                                            No. 03-cv-12520-NG
 )
MASSACHUSETTS FINANCIAL SERVICES )
COMPANY, )
 )
Defendant. )
 )

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of Bingham McCutchen LLP as counsel for Massachusetts Financial Services Company in the above-captioned matter. Please be advised that the successor counsel identified below has entered an appearance on behalf of the defendant:

> Jonathan A. Shapiro
> Hale and Dorr LLP
> 60 State Street
> Boston, MA 02109
> (617) 526-6000

Respectfully submitted,

/s/ Christina N. Davilas
Bingham McCutchen LLP
John R. Snyder
Christina N. Davilas
150 Federal Street
Boston, MA 02110
(617) 951-8000

Dated: April 9, 2004

LITDOCS:545764.1